UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMMIE SLACK,

        Plaintiff,

v.

MICHAEL WOODBURY, ET AL.,

        Defendants.

CASE NO. C20-001-RSM

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Mr. Slack's motion objecting to the removal of the case from state court and seeking remand (Dkt. #5) is DENIED.

(3)    The Clerk is directed to send copies of this Order to the parties.

Dated this 21st day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE